**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
271 Cadman Plaza East, Suite 1595
Brooklyn, NY 11201

IN RE:  
    Santiago A. Rodas

Case No. 11-45274-cec

Chapter: 13

SSN/TAX ID: XXX-XX- 5554

Debtor

### REQUEST FOR JUDICIAL DETERMINATION
### CONCERNING DISMISSAL PURSUANT TO 11 U.S.C. § 521(i)

The Clerk's Office requests the Court to determine this case should be dismissed pursuant to 11 U.S.C. § 521(I). The following deficiencies under 11 U.S.C. § 521 (a)(1) are noted:

- [ ] Notice to Individual Consumer Debtor Under § 342(b) of the Bankruptcy Code (Official Form B201)
- [x] Schedule A (Real Property) (Official Form B6A)
- [x] Schedule B (Personal Property) (Official Form B6B)
- [x] Schedule D (Creditors Holding Secured Claims) (Official Form B6D)
- [x] Schedule E (Creditors Holding Unsecured Priority Claims) (Official B6E)
- [ ] Schedule F (Creditors Holding Unsecured Nonpriority Claims) (Official Form B6F)
- [x] Schedule I (Current Income of Individual Debtor) (Official Form B6I)
- [x] Schedule J (Current Expenditures of Individual Debtor) (Official B6J)
- [x] Statement of Financial Affairs (Official Form 7)
- [x] Statement of Monthly Income and Means Test Calculation (Official Form B22A)
- [x] Copies of Pay Statements received within 60 days of filing from any employer *or* a statement indicating this requirement is not applicable

**By the Court:** s/ A Dobson      **Date:** August 2, 2011

- [x] The Clerk's Office is directed to dismiss this case pursuant to 11 U.S.C. § 521(i)(1).
- [ ] The Clerk's Office is directed not to dismiss this case pursuant to 11 U.S.C. § 521(i)(1) for the following reason:

_____
_____

**SO ORDERED**



**Dated: Brooklyn, New York**
**August 3, 2011**

_Carla E. Craig_
**Carla E. Craig**
**United States Bankruptcy Judge**