# United States Bankruptcy Court

Eastern District Of New York
271 Cadman Plaza East, Suite 1595
Brooklyn, NY 11201−1800

---

IN RE:                                                                              CASE NO: 1−11−45274−cec

  Santiago A. Rodas

Social Security/Individual Taxpayer ID/Taxpayer ID/Employer                         CHAPTER: 13
ID No.:

  xxx−xx−5554

                DEBTOR(s)

---

## ORDER TO CLOSE

## AUTOMATICALLY DISMISSED CASE

The above−captioned case was automatically dismissed under § 521(i)(l).

**IT IS ORDERED THAT:**

      Michael J. Macco (Trustee) is discharged as trustee of the estate of the above−named debtor(s) and the bond is cancelled.

The Chapter 13 case of the above−named debtor(s) is closed.

s/  Carla E. Craig
United States Bankruptcy Judge

Dated: August 11, 2011

**BLocldsmcs.jsp** [Order to Close Automatically Dismissed Case rev.04/03/06]

United States Bankruptcy Court
Eastern District of New York

In re:                                                          Case No. 11-45274-cec
Santiago A. Rodas                                               Chapter 13
        Debtor

### CERTIFICATE OF NOTICE

District/off: 0207-1           User: adobson          Page 1 of 1              Date Rcvd: Aug 11, 2011
                               Form ID: 278           Total Noticed: 4


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 13, 2011.
db          +Santiago A. Rodas,    68 Sheridan Ave,    Brooklyn, NY 11208-3023
aty         +Kenneth Rosellini,    William J Munier Esq,    440 West Street #310,    Fort Lee, NJ 07024-5028
tr          +Michael J. Macco,    135 Pinelawn Road,    Suite 120 South,    Melville, NY 11747-3153

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          +E-mail/Text: ustpregion02.br.ecf@usdoj.gov Aug 11 2011 18:20:40     United States Trustee,
              Office of the United States Trustee,    271 Cadman Plaza East,    Brooklyn, NY 11201-1833
                                                                                                 TOTAL: 1


             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                 TOTAL: 0


Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**


**Date: Aug 13, 2011**                      **Signature:** _Joseph Speetjens_